UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA       :

                         :

                         :      06-cr-611 (JSR)

      -v-                       :

                         :         <u>ORDER</u>

PAUL LEOS TSENG               :

                         :

      Defendant.          :

                         :

------------------------------------x

JED S. RAKOFF, U.S.D.J.

      The representation of the defendant in the above-captioned

matter is assigned to C.J.A. Attorney on duty July 16, 2020,

Camille Abate, for the purpose of making a compassionate release

or other appropriate motion.

        SO ORDERED

Dated:     New York, NY

        July 16, 2020                 JED S. RAKOFF, U.S.D.J.

1