UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES<br><br>vs.<br><br>Paul Leos Tseng | ORDER<br><br>06 CR 611(JSR) |

**To: U.S. Marshals Office**

**It is hereby ordered :** that defendant, Paul Leos Tseng , Reg # (59008) -054, be released from custody, subject to the following supervised release conditions: 1) that Tseng abide by the standard supervised release conditions; 2) that within 72 hours of release, Tseng contact the U.S. Probation Office by phone for specific reporting instructions; 3) that Tseng reside at his parents' residence and be confined to the home -- except when attending medical appointments, job training, or other activities expressly approved in advance by the U.S. Probation Office -- until May 10, 2021; and 4) that Tseng thereafter serve five years of supervised release on the terms and conditions specified in the original judgment.. The U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered.

_____
United States District Judge

_____
Date  7/31/20