UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
        -against-                   :       **ORDER**
                                    :
   Paul Leos Tseng                  :
                                    :       06cr611-03 (JSR)
                                    :       Docket #
                                    :
------------------------------------x


<u>Hon. Jed S. Rakoff</u>, DISTRICT JUDGE:
         Judge's Name

The C.J.A. attorney assigned to this case

<u>Camille Abate</u> is hereby ordered substituted
    Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to <u>Christine Delince</u>, NUNC-PRO-TUNC _____.
                            Attorney's Name

                                    SO ORDERED.

                                    _____
                                    UNITED STATES DISTRICT JUDGE


Dated:   New York, New York   8/30/2024